

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
DEC 22 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

QUINN RICKERT,
    Plaintiff,

v.

TERRY CARLSON,
    Defendant.

17cv9249
Judge Shah
Mag. Judge Kim
PC 1

Case No.

COMPLAINT

## I. INTRODUCTION

1. This suit is brought by Plaintiff, Quinn Rickert, Pro Se, alleging that when Plaintiff was a student at Larkin Public High School, that Defendant Terry Carlson who was acting under color of state law as an employee of the school falsified information on a criminal complaint, resulting in Plaintiff being indicted on criminal charges. Plaintiff was later found not guilty of the charges. Plaintiff alleges that Defendant violated His Due Process rights under the 14th and 5th Amendments to the United States Constitution by knowingly making a false statement under oath on a criminal complaint, so that it would result in a criminal charge and indictment to Plaintiff. Plaintiff seeks a declaration under 42 U.S.C. Section 1983 that the acts and omissions described herein violated His rights.

(1)

## II. JURISDICTION AND VENUE

2. This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of state law, of rights secured by the Constitution of the United States. The court has jurisdiction under 28 U.S.C. Section 1331 and 1343 (a)(3). Plaintiff seeks declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202.

3. The Northern District of Illinois is an appropriate venue under 28 U.S.C. Section 1391 (b)(2) because it is where the events giving rise to this claim occurred.

## III. PLAINTIFF

4. Plaintiff Quinn Rickert, was at all times mentioned herein a student of Larkin High School. He is currently a prisoner of the State of Illinois in the custody of the Illinois Department of Corrections, confined in Pontiac Correctional Center, in Pontiac, Illinois.

## IV. DEFENDANT

5. Defendant Terry Carlson, was at all times mentioned herein a employee of Larkin Public High School located in Elgin, Illinois. Defendant's job title for the school was Dean's Assistant. Defendant is sued individually and in his official capacity. At all times mentioned in this complaint defendant

(2)

acted under the color of state law.

## V. FACTS

6. On January 12th 2012, defendant Terry Carlson was supervising students who where eating lunch in the dining area of Larkin Public High School when a fight broke out between plaintiff Quinn Rickert and another student in the dining area. The defendant observed the entire fight when it occured.

7. After the fight occured defendant filed a criminal complaint under oath against plaintiff. In the complaint defendant alleged that Plaintiff committed the criminal misdemeanor of disorderly conduct by "Throwing food and engaging in a physical confrontation". The criminal complaint is attached as Exhibit A.

8. Plaintiff knows that defendant never saw him throw food. Plaintiff alleges that defendant lied in the complaint seen in "Exhibit A" concerning the part "Throwing food", to "beef up" the complaint so that Plaintiff would be indicted with criminal charges.

9. Plaintiff was indicted on criminal charges stemming from defendant's falsified complaint in the Circuit Court

(3)

of Kane County, Illinois with the case number 12-CM-202 for the misdemeanor charge of disorderly conduct.

10. On May 16th, 2012 right before trial for plaintiff's criminal case 12-CM-202, the State's Attorney made an oral motion to amend defendant Terry Carlson's complaint by striking "the language throwing food and" from it. That motion was granted. The order regarding that motion is attached as Exhibit B.

11. On May 16th, 2012 plaintiff was found not guilty of defendant's criminal complaint in criminal case number 12-CM-202 following a bench trial in the Circuit Court of Kane County, Illinois. The order regarding that is attached as Exhibit C.

## VI. LEGAL CLAIMS

12. Plaintiff alleges that defendant who was acting under the color of state law falsified information under oath by saying that he witnessed plaintiff "throwing food" to "beef up" a criminal complaint against plaintiff and result in plaintiff being indicted of criminal charges. Plaintiff alleges that by defendant's conduct in this matter that defendant clearly violated plaintiff's due process rights under the 14th and 5th Amendments to the United

(4)

States Constitution

### VII. PRAYER FOR RELIEF

WHEREFORE, plaintiff respectfully prays that this court enter judgment:

13. Granting Plaintiff a declaration that the acts and omissions described herein violate his rights under the Constitution and laws of the United States, and

14. Plaintiff also seeks a jury trial on all issues triable by jury, and

15. Plaintiff also seeks attorney fees and recovery of His costs in this suit, and

16. Any additional relief this court deems just, proper, and equitable.

Dated: December 13th, 2017
    Respectfully submitted,
    Quinn Rickert, M38296
    Pontiac Correctional Center
    P.O. Box 99
    Pontiac, IL 61764-0099

(5)

VERIFICATION

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at Pontiac, Illinois on December 13th 2017

*Quinn D. Rickert*
Quinn Rickert

(6)

Exhibit: A

**146**

☒ THE PEOPLE OF THE STATE OF ILLINOIS
☐ CITY OR VILLAGE _____
   A Municipal Corporation, Plaintiff,
   VS

FILED / ENTERED
JAN 13 2012
Clerk of the Circuit Court
Kane County, IL

12CM202
CNH-070498683

GEN. NO. _____

IN THE CIRCUIT COURT FOR
SS: THE SIXTEENTH JUDICIAL CIRCUIT
KANE COUNTY, ILLINOIS

**COMPLAINT**

DEFENDANT (LAST) (FIRST) (MIDDLE) NAME: RICKERT, QUINN D.
DEFENDANTS ADDRESS: 1450 EASY ST., ELGIN, IL 60123
DEFENDANTS PHONE: 8474689610
DEFENDANTS DOB IF KNOWN: 11/27/93

DEFENDANTS PHYSICAL DESCRIPTION BELOW
| RACE | SEX | HT | WT | HAIR | EYES |
|---|---|---|---|---|---|
| W | M | 5'10" | 160 | BRN | BRN |

PHYSICAL MARKS OR SCARS: _____

DEFTS SOC. SEC. NO.: 357 88 4596
DEFTS DRIVERS LIC. NO.: R263 7049 3337

COMPLAINANTS NAME: TERRY CARLSON
COMPLAINANTS ADDRESS: 1475 LARKIN AVE., ELGIN, IL 60123
COMPLAINANTS PHONE: 847-888-5200

ALLEGED OFFENSE: DISORDERLY CONDUCT
CHAPTER AND SECTION: 720 ILCS 5/26-1(a)(1)

ALLEGED OFFENSE: _____
CHAPTER AND SECTION: _____

AUTHORITY: ☒ ILLINOIS COMPILED STATUTES  ☐ LOCAL ORDINANCE

DATE OF OFFENSE: 01/12/12
NO BOND ON NOTICE TO APPEAR

NEXT COURT DATE: 02/03/12
HOUR: 9:00 AM
JUDGE THIS COURT DATE OR HEARING: PRESIDING

COURT LOCATION CITY AND ADDRESS: 150 DEXTER CT ELGIN, IL 60120

ISSUING POLICE AGENCY: ELGIN PD
POLICE REPORT NO.: 12-01-0493

**NOTICE TO APPEAR**

The within named complainant stated under oath that on or about the date set forth herein, in said County, the defendant committed the offense set forth herein, in violation of the Chapter and Section of the Illinois Compiled Statutes, or the Ordinances of the City or Village, set forth herein, in that said Defendant: QUINN RICKERT, DID COMMIT THE OFFENSE OF DISORDERLY CONDUCT IN THAT HE ALARMED AND DISTURBED TERRY CARLSON, DEANS ASSISTANT AT LARKIN HIGHSCHOOL BY ACTING IN SUCH AN UNREASONABLE MANNER AS TO PROVOKE A BREACH OF THE PEACE BY THROWING FOOD AND ENGAGING IN A PHYSICAL CONFRONTATION INCLUDING PUNCHING AND WRESTLING WITH ANOTHER STUDENT

Signed: _____ FOR TERRY CARLSON
Complainant

The Foregoing Complaint is subscribed and sworn to before me this 13th day of Jan 20 12

Judge / Notary
OFFICIAL SEAL
GARY L. NEAL SR.
Notary Public, State of Illinois
My Commission Expires 10-27-2013

YOU THE ABOVE NAMED DEFENDANT are hereby notified to appear before said Court at the place and time to issue a warrant of arrest for a defendant who has failed to appear and answer a Notice to Appear upon which a Complaint has been filed.

☒ This COMPLAINT and NOTICE TO APPEAR was personally served upon (Class A Misdemeanors). The above named defendant this 12th day of January 20 12

☐ This COMPLAINT and NOTICE TO APPEAR was mailed to the above (Class B, C and Petty Offenses) named defendant at the above address this _____ day of _____ 20 _____

_____ Peace Officer

Original-Clerk Copy — Green-Police Department — Canary-Report of Conviction — Pink-Defendant Copy — Orange-States Attorney  Form Number 146

(7)

Exhibit: B

# IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT
## KANE COUNTY, ILLINOIS

Case No. 12cm202

| Plaintiff(s): People | Defendant(s): Quinn Rickert | File Stamp: MAY 16 2012 |
|---|---|---|
| Plaintiff(s) Atty: Coup | Defendant(s) Atty: | |
| Judge: CX | Court Reporter: | ☐ None (NCRP) Deputy Clerk: |

A copy of this order ☐ should be sent to: ☐ has been sent to:
☐ Plaintiff Atty. ☐ Defense Atty. ☐ Other _____

## ORDER

☒ Defendant is present in Open Court (DPOC)
☐ Defendant is present via Closed Circuit TV (CCTV)
☐ Defendant did not appear (DNAOC)
☐ Interpreter present (INTPR)
☐ Other _____

☒ Defendant has been advised of his rights and penalties (DFRPE)
☒ Inabsentia explained (IAE)
☐ Defendant remanded for transport by sheriff (OROT)
☐ Defendant remanded for CCTV appearance (ORCTV)
☐ Defendant to appear in street clothes and bring lunch (DFASC)

☐ CASE CONTINUED TO _____ at _____ m. room _____

- ☐ By agreement (MAGRE)
- ☐ On Motion of State (MPROS)
- ☐ On Motion of Defendant (MDEFN)
- ☐ On Motion of Court (MCORT)
- ☐ Pre-trial/status _____
- ☐ Bench trial
- ☐ Jury trial
- ☐ Attorney
- ☐ VOP Hearing
- ☐ Hearing on Motion for _____
- ☐ _____

### THE CLERK IS ORDERED TO:

- ☐ Recall outstanding warrants on this file only (WRNTC)
- ☐ Send bail forfeiture notice returnable _____ at _____ m. room _____ (BN)
- ☐ Issue summons returnable _____ at _____ m. room _____ (OISUM)
- ☐ Take Judgment on forfeiture
- ☐ Send failure to pay notice returnable _____ at _____ m. room _____
- ☐ Send failure to pay notice and close upon non-payment
- ☐ Send final notice returnable _____ at _____ m. room _____
- ☐ Issue warrant forthwith (OIWAR)(504)
- Bail set at _____ ☐ 10% to apply ☐ Full Cash ☐ Hold Without Bond ☐ No Recog.
- ☐ Strike court date of _____ (OCDST) ☐ Vacate all other court dates
- ☒ Other: State makes oral motion to Amend complaint on its face to strike the language of "throwing food and". Defense does not object. Motion granted.

Date: 5-16-12       Judge: [signature]

Exhibit: C

# IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT
## KANE COUNTY, ILLINOIS

Case No. 12cm202

| Plaintiff(s): People | Defendant(s): Quinn Rickert | Clerk of the Circuit Court Kane County, IL |
| --- | --- | --- |
| Plaintiff(s) Atty.: Cagle | Defendant(s) Atty.: | MAY 16 2012 |
| Judge: KK | Court Reporter: | Deputy Clerk: | FILED 114 |

A copy of this order ☐ should be sent ☐ has been sent

☐ Plaintiff Atty. ☐ Defense Atty. ☐ Other _____

File Stamp

## ORDER

Now comes the matter for Bench Trial

State calls Joan Reidel, Terry Carlson and Det. Hood to the stand

State rests

Defendant Rests
Ct. cites case law Fed & 1st district.
Defendant is found Not guilty.

Date: 5-16-12    ☐ Yes - Disposal ☐ No - Disposal    Judge: [signature]

P7-MISC-001 (11/09)    White - Clerk    Yellow and Pink Copies - Parties

(9)

Quinn Rickert
M38296
P.O. Box 99
Pontiac, IL 61764-0099

Legal Mail

RECEIVED
2017 DEC 22 AM 8:35

17cv9249
Judge Shah
Mag. Judge Kim
PC 1

Clerk of the Court Northern Dist. Illinois
Eastern Division
Everett McKinley Dirksen Building
219 South Dearborn Street
Chicago, IL 60604


12/22/2017-44

CORRESPONDENCE
FROM AN INMATE OF
ILLINOIS DEPT
OF CORRECTIONS

Hasler 12/19/2017
US POSTAGE $002.24
ZIP 61764
011D12603888

Legal Mail

