Cat IV

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

FILED
DEC 2 2 2017

**PRISONER CASE**  Prisoner Civil Cover Sheet

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**Plaintiff(s):** Quinn Rickert  **Defendant(s):** Terry Carlson

**County of Residence:** Livingston  **County of Residence:**

**Plaintiff's Address:**

Quinn Rickert
M-38296
Pontiac - PON
P.O. Box 99
Pontiac, IL 61764

**Defendant's Attorney:**

1:17-cv-9249
Judge Manish S. Shah
Magistrate Judge Young B. Kim
PC 1

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Civil Rights

**Cause of Action:** 42:11983pr

**Jury Demand:** [✓] Yes  [ ] No

**Signature:** Robert A. Campo  **Date:** 12/22/2017