FILED
DEC 22 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

Northern District of Illinois

Quinn Rickert
Plaintiff

V.

Terry Carlson
Defendant

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

17cv9249
Judge Shah
Mag. Judge Kim
PC 1

C.

I, Quinn Rickert declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☒ Yes ☐ No (If "No," go to Part 2)

   If "Yes," state the place of your incarceration Pontiac Correctional Center

   Are you employed at the institution? Yes Do you receive any payment from the institution? Yes

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed? ☒ Yes ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. $28.80 per month Pontiac Correctional Center

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment ☐ Yes ☒ No
   b. Rent payments, interest or dividends ☐ Yes ☒ No
   c. Pensions, annuities or life insurance payments ☐ Yes ☒ No
   d. Disability or workers compensation payments ☐ Yes ☒ No
   e. Gifts or inheritances ☒ Yes ☐ No
   f. Any other sources ☐ Yes ☒ No

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

My uncle has put about $500.00 on my account the past 12 months.

4. Do you have any cash or checking or savings accounts? ☐ Yes ☒ No

If "Yes," state the total amount. ____________________

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value? ☐ Yes ☒ No

If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

12-14-2017 — Date

Quinn D. Rickett — Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# Pontiac Correctional Center
## Trust Fund
### Inmate Transaction Statement

REPORT CRITERIA - Date: 06/15/2017 thru End; Inmate: M38296; Active Status Only ? : No; Print Restrictions ? : Yes; Transaction Type: All Transaction Types; Print Furloughs / Restitutions ? : Yes; Include Inmate Totals ? : Yes; Print Balance Errors Only ? : No

**Inmate: M38296 Rickert, Quinn D.** **Housing Unit: PON-SP-08-33**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 9.12 |
| 06/15/17 | Disbursements | 84 Library | 1663141 | Chk #112684 | 05/25/2017, DOC: 523, Inv. Date: 05/25/2017 | -8.40 | .72 |
| 06/15/17 | Disbursements | 84 Library | 1663141 | Chk #112684 | 06/13/2017, DOC: 523, Inv. Date: 06/13/2017 | -.20 | .52 |
| 06/15/17 | Disbursements | 81 Legal Postage | 1663141 | Chk #112685 | 06/14/2017, DOC: 523, Inv. Date: 06/14/2017 | -.49 | .03 |
| 08/09/17 | Mail Room | 15 JPAY | 221200 | 75149302 | Chapman, David | 100.00 | 100.03 |
| 08/11/17 | Disbursements | 81 Legal Postage | 2233141 | Chk #113462 | 08/11/2017, United S, Inv. Date: 08/11/2017 | -.42 | 99.61 |
| 08/11/17 | Disbursements | 81 Legal Postage | 2233141 | Chk #113462 | 08/11/2017, United S, Inv. Date: 08/11/2017 | -.21 | 99.40 |
| 08/15/17 | Point of Sale | 60 Commissary | 2277169 | 549540 | Commissary | -29.76 | 69.64 |
| 08/16/17 | Disbursements | 84 Library | 2283141 | Chk #113562 | 06/20/2017, DOC: 523, Inv. Date: 06/20/2017 | -4.80 | 64.84 |
| 08/16/17 | Disbursements | 84 Library | 2283141 | Chk #113562 | 06/20/2017, DOC: 523, Inv. Date: 06/20/2017 | -.20 | 64.64 |
| 08/16/17 | Disbursements | 84 Library | 2283141 | Chk #113562 | 06/27/2017, DOC: 523, Inv. Date: 06/27/2017 | -3.60 | 61.04 |
| 08/16/17 | Disbursements | 84 Library | 2283141 | Chk #113562 | 7/11/17, DOC: 523 Fu, Inv. Date: 07/11/2017 | -4.00 | 57.04 |
| 08/16/17 | Disbursements | 84 Library | 2283141 | Chk #113562 | 07/25/2017, DOC: 523, Inv. Date: 07/25/2017 | -3.70 | 53.34 |
| 08/16/17 | Disbursements | 84 Library | 2283141 | Chk #113562 | 08/10/2017, DOC: 523, Inv. Date: 08/10/2017 | -.60 | 52.74 |
| 08/16/17 | Disbursements | 84 Library | 2283141 | Chk #113562 | 08/11/2017, DOC: 523, Inv. Date: 08/11/2017 | -.20 | 52.54 |
| 08/16/17 | Disbursements | 81 Legal Postage | 2283141 | Chk #113563 | 06/07/2017, DOC: 523, Inv. Date: 06/07/2017 | -1.40 | 51.14 |
| 08/16/17 | Disbursements | 90 Medical Co-Pay | 2283141 | Chk #113563 | 06/05/2017, DOC: 523, Inv. Date: 06/09/2017 | -5.00 | 46.14 |
| 08/16/17 | Disbursements | 81 Legal Postage | 2283141 | Chk #113563 | 06/21/2017, DOC: 523, Inv. Date: 06/21/2017 | -2.66 | 43.48 |
| 08/16/17 | Disbursements | 81 Legal Postage | 2283141 | Chk #113563 | 06/28/2017, DOC: 523, Inv. Date: 06/28/2017 | -2.24 | 41.24 |
| 08/16/17 | Disbursements | 81 Legal Postage | 2283141 | Chk #113563 | 7/11/17, DOC: 523 Fu, Inv. Date: 07/11/2017 | -2.03 | 39.21 |
| 08/16/17 | Disbursements | 81 Legal Postage | 2283141 | Chk #113563 | 7/26/17, DOC: 523 Fu, Inv. Date: 07/26/2017 | -2.03 | 37.18 |
| 08/16/17 | Disbursements | 81 Legal Postage | 2283141 | Chk #113563 | 7/26/17, DOC: 523 Fu, Inv. Date: 07/26/2017 | -.49 | 36.69 |
| 08/16/17 | Disbursements | 81 Legal Postage | 2283141 | Chk #113563 | 08/04/2017, DOC: 523, Inv. Date: 08/04/2017 | -1.40 | 35.29 |
| 08/16/17 | Disbursements | 73 Court Ordered Fees | 2283141 | Chk #113594 | 0016172, Clerk-Peori, Inv. Date: 05/04/2017 | -20.00 | 15.29 |
| 08/18/17 | Disbursements | 81 Legal Postage | 2303141 | Chk #113661 | 08/14/2017, United S, Inv. Date: 08/14/2017 | -.49 | 14.80 |
| 08/25/17 | Disbursements | 80 Postage | 2373141 | Chk #113741 | 08/21/2017, United S, Inv. Date: 08/21/2017 | -3.23 | 11.57 |
| 08/25/17 | Disbursements | 80 Postage | 2373141 | Chk #113741 | 08/21/2017, United S, Inv. Date: 08/21/2017 | -.66 | 10.91 |
| 08/25/17 | Disbursements | 80 Postage | 2373141 | Chk #113741 | 08/21/2017, United S, Inv. Date: 08/21/2017 | -.49 | 10.42 |
| 08/25/17 | Disbursements | 81 Legal Postage | 2373141 | Chk #113741 | 08/25/2017, United S, Inv. Date: 08/25/2017 | -.49 | 9.93 |
| 08/25/17 | Disbursements | 80 Postage | 2373141 | Chk #113741 | 08/24/2017, United S, Inv. Date: 08/25/2017 | -.49 | 9.44 |

**Pontiac Correctional Center**

**Trust Fund**

Inmate Transaction Statement

REPORT CRITERIA - Date: 06/15/2017 thru End; Inmate: M38296; Active Status Only ? : No; Print Restrictions ? : Yes; Transaction Type: All Transaction Types; Print Furloughs / Restitutions ? : Yes; Include Inmate Totals ? : Yes; Print Balance Errors Only ? : No

**Inmate: M38296 Rickert, Quinn D.** **Housing Unit: PON-SP-08-33**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 09/01/17 | Point of Sale | 60 Commissary | 2447153 | 550644 | Commissary | -9.31 | .13 |
| 09/09/17 | Mail Room | 15 JPAY | 252200 | 76230011 | Chapman, David | 50.00 | 50.13 |
| 09/13/17 | Payroll | 20 Payroll Adjustment | 2561148 | | P/R month of 8 2017 | 6.53 | 56.66 |
| 09/15/17 | Disbursements | 73 Court Ordered Fees | 2583150 | Chk #114002 | 0016172, Clerk-Peori, Inv. Date: 05/04/2017 | -10.00 | 46.66 |
| 09/18/17 | Point of Sale | 60 Commissary | 2617153 | 551991 | Commissary | -36.01 | 10.65 |
| 09/18/17 | AP Correction | 88 money for my wife for phone bill/interna | 2615148 | Chk #112466 Voided | 05/25/2017 - Protsenko, Yevfro | 50.00 | 60.65 |
| 09/22/17 | Disbursements | 80 Postage | 2653150 | Chk #114129 | 09/18/2017, United S, Inv. Date: 09/18/2017 | -4.16 | 56.49 |
| 09/28/17 | Mail Room | 15 JPAY | 271200 | 76806712 | Chapman, David | 50.00 | 106.49 |
| 10/02/17 | Point of Sale | 60 Commissary | 2757153 | 553014 | Commissary | -37.56 | 68.93 |
| 10/06/17 | Disbursements | 80 Postage | 2793143 | Chk #114241 | 10/3/17, United Stat, Inv. Date: 10/03/2017 | -.66 | 68.27 |
| 10/11/17 | Payroll | 20 Payroll Adjustment | 2841148 | | P/R month of 9 2017 | 8.00 | 76.27 |
| 10/12/17 | Disbursements | 82 Debts due to State (non-postage) | 2853143 | Chk #114283 | 9/29/17, DOC: 523 Fu, Inv. Date: 09/29/2017 | -5.00 | 71.27 |
| 10/12/17 | Disbursements | 73 Court Ordered Fees | 2853143 | Chk #114307 | 0016172, Clerk-Peori, Inv. Date: 05/04/2017 | -10.00 | 61.27 |
| 10/20/17 | Disbursements | 80 Postage | 2933143 | Chk #114441 | 10/13/17, United Sta, Inv. Date: 10/13/2017 | -.66 | 60.61 |
| 10/20/17 | Disbursements | 80 Postage | 2933143 | Chk #114441 | 10/13/17, United Sta, Inv. Date: 10/13/2017 | -.66 | 59.95 |
| 10/20/17 | Disbursements | 80 Postage | 2933143 | Chk #114441 | 10/13/17, United Sta, Inv. Date: 10/13/2017 | -1.19 | 58.76 |
| 10/20/17 | Disbursements | 80 Postage | 2933143 | Chk #114441 | 10/13/17, United Sta, Inv. Date: 10/13/2017 | -.66 | 58.10 |
| 10/20/17 | Disbursements | 81 Legal Postage | 2933143 | Chk #114441 | 10/18/17, United Sta, Inv. Date: 10/18/2017 | -1.40 | 56.70 |
| 10/27/17 | Disbursements | 81 Legal Postage | 3003143 | Chk #114512 | 10/24/17, United Sta, Inv. Date: 10/24/2017 | -1.82 | 54.88 |
| 10/27/17 | Disbursements | 80 Postage | 3003143 | Chk #114512 | 10/26/17, United Sta, Inv. Date: 10/26/2017 | -.66 | 54.22 |
| 10/27/17 | Disbursements | 80 Postage | 3003143 | Chk #114512 | 10/26/17, United Sta, Inv. Date: 10/26/2017 | -.66 | 53.56 |
| 11/01/17 | Point of Sale | 60 Commissary | 3057153 | 555556 | Commissary | -33.24 | 20.32 |
| 11/07/17 | Payroll | 20 Payroll Adjustment | 3111148 | | P/R month of 102017 | 8.00 | 28.32 |
| 11/09/17 | Disbursements | 84 Library | 3133143 | Chk #114598 | 10/16/17, DOC - Libr, Inv. Date: 10/16/2017 | -1.10 | 27.22 |
| 11/09/17 | Disbursements | 84 Library | 3133143 | Chk #114598 | 10/24/17, DOC - Libr, Inv. Date: 10/24/2017 | -1.80 | 25.42 |
| 11/17/17 | Disbursements | 80 Postage | 3213143 | Chk #114783 | 11/14/17, United Sta, Inv. Date: 11/14/2017 | -.66 | 24.76 |
| 11/17/17 | Disbursements | 80 Postage | 3213143 | Chk #114783 | 11/14/17, United Sta, Inv. Date: 11/14/2017 | -.66 | 24.10 |
| 12/01/17 | Disbursements | 80 Postage | 3353143 | Chk #114919 | 11/28/17, United Sta, Inv. Date: 11/28/2017 | -.66 | 23.44 |
| 12/01/17 | Disbursements | 80 Postage | 3353143 | Chk #114919 | 11/28/17, United Sta, Inv. Date: 11/28/2017 | -.66 | 22.78 |
| 12/04/17 | Point of Sale | 60 Commissary | 3387160 | 558074 | Commissary | -10.16 | 12.62 |
| 12/08/17 | Payroll | 20 Payroll Adjustment | 3421148 | | P/R month of 112017 | 23.04 | 35.66 |
| 12/08/17 | Disbursements | 81 Legal Postage | 3423150 | Chk #114924 | 12/07/17, United Sta, Inv. Date: 12/07/2017 | -1.12 | 34.54 |

Date: 12/15/2017 **Pontiac Correctional Center**
Time: 3:01pm **Trust Fund**
d_list_inmate_trans_statement_composite Inmate Transaction Statement

REPORT CRITERIA - Date: 06/15/2017 thru End; Inmate: M38296; Active Status Only ? : No; Print Restrictions ? : Yes; Transaction Type: All Transaction Types; Print Furloughs / Restitutions ? : Yes; Include Inmate Totals ? : Yes; Print Balance Errors Only ? : No

**Inmate: M38296 Rickert, Quinn D.** **Housing Unit: PON-SP-08-33**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 12/13/17 | Disbursements | 84 Library | 3473150 | Chk #114994 | 12/07/17, DOC: 523 F, Inv. Date: 12/07/2017 | -1.00 | 33.54 |

| | |
|---|---|
| Total Inmate Funds: | 33.54 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 9.06 |
| Funds Available: | 24.48 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 12/11/2017 | 12/11/17 | Disb | Postage | 10413 United States Postal Service | $0.66 |
| 12/11/2017 | 12/11/17 | Disb | Postage | 10413 United States Postal Service | $0.66 |
| 12/11/2017 | 12/11/17 | Disb | Postage | 10413 United States Postal Service | $0.66 |
| 12/15/2017 | 12/15/17 | Disb | Legal Postage | 10413 United States Postal Service | $0.42 |
| 12/15/2017 | 12/15/17 | Disb | Postage | 10413 United States Postal Service | $0.66 |
| 12/15/2017 | 12/15/2017 | Disb | Library | 2 DOC: 523 Fund Library | $6.00 |
| | | | | Total Restrictions: | $9.06 |