

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

QUINN RICKERT (#M-38296), ) Case No.
      Plaintiff, ) 17 CV 9249
  v. )
TERRY CARLSON, ) Judge Manish
      Defendant. ) S. Shah

MOTION FOR VOLUNTARY
DISMISSAL

**FILED**
JAN 30 2018 EAA
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

COME NOW Plaintiff Quinn Rickert, Pro Se, who move for voluntary dismissal of this complaint and suit.

Plaintiff who is Pro Se, no longer wishes to pursue this suit, and respectfully request this Honorable Court to dismiss it.

Dated: January 20th, 2018

    Respectfully submitted,
    *Quinn D. Rickert*
    Quinn Rickert, M38296
    Pontiac Correctional Center
    P.O. Box 99
    Pontiac, IL 61764-0099

Quinn Rickert, M38296
Pontiac Correctional Center
P.O. Box 99
Pontiac, IL 61764-0099

CORRESPONDENCE
FROM AN INMATE OF
ILLINOIS DEPT
OF CORRECTIONS



Legal Mail

Prisoner Correspondence
Clerk's Office
U.S. District Court
219 South Dearborn Street, 20th Floor
Chicago, IL 60604

RECEIVED
2018 JAN 30 AM 8:36



01/30/2018-4

Legal Mail

SP9827
1-24