Bruce Rauner
Governor



John Baldwin
Acting Director

## The Illinois Department of Corrections

Pontiac Correctional Center
700 W. Lincoln Street, P.O. Box 99 • Pontiac, IL 61764 • (815) 842-2816 TDD: (800) 526-0844

October 19, 2018

**FILED**
**OCT 29 2018**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

United States District Court
Northern District of Illinois
219 S. Dearborn St.
Chicago, IL 60604

Re: Quinn Rickert, M38296
Case #: 17-cv-9249

Please be advised Offender Quinn Rickert, M38296 was released from the Pontiac Correctional Center on October 19, 2018. Our records indicate he has outstanding court ordered fees.

Sincerely,

Jeff Allen,
Business Administrator
Pontiac Correctional Center

cc: Trust Office; File

Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.

www.illinois.gov/idoc



**Illinois Department of Corrections**
Pontiac Correctional Center
700 W. Lincoln Street, P.O. Box 99
Pontiac, IL 61764



Hasler
10/23/2018
US POSTAGE $000.47⁰
FIRST-CLASS MAIL
ZIP 61764
011D12603888

United States District Court
Northern District of Illinois
219 S. Dearborn St.
Chicago, IL 60604



10/29/2018-27

2018 OCT 29 AM 8:42
CLERK
U.S. DISTRICT COURT